# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-3012             September Term 2009

04cr00232-02

**Filed On: January 26, 2010**

United States of America,

      Appellee

      v.

Ricardo Palmera Pineda, also known as
Simon Trinidad,

      Appellant


      **BEFORE:**     Ginsburg and Henderson, Circuit Judges, and Edwards, Senior
                          Circuit Judge

## O R D E R

      Upon consideration of appellant's petition for rehearing and the response
thereto, it is

      **ORDERED** that the petition for rehearing be denied for the reasons stated in the
opinion issued herein this date.  It is

      **FURTHER ORDERED** that the judgment of the court filed October 5, 2009, be
amended as follows:

      page 1, line 8:  strike the words - it is "highly probable"

      The Clerk is directed to issue the mandate seven days after the issuance of this
order.  See Fed. R. App. P. 41; D.C. Cir. Rule 41.

### Per Curiam


                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                BY:     /s/
                           Scott H. Atchue
                           Deputy Clerk